UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA LEE, et al.,

                        Plaintiffs,

       -against-                             1:23-cv-05800 (JLR)

DAVID C. BANKS and NEW YORK CITY            **ORDER**
DEPARTMENT OF EDUCATION,

                        Defendants.

JENNIFER L. ROCHON, United States District Judge:

        Plaintiffs commenced this action on July 6, 2023. *See* ECF No. 1. On July 11, 2023, Plaintiffs filed an *ex parte* motion by order to show cause for emergency relief ("Motion"). *See* ECF No. 8. Plaintiffs also filed a memorandum of law and declaration in support of the Motion. *See* ECF Nos. 9, 10. Plaintiffs' Motion does not contain a "clear and specific showing by affidavit of good and sufficient reasons why a procedure other than by notice of motion is necessary," as required by Local Civil Rule 6.1(d), justifying Plaintiffs proceeding by an *ex parte* motion by order to show cause for emergency relief.

        IT IS HEREBY ORDERED that Plaintiffs shall take all steps necessary to effect proper service as required by the Federal Rules of Civil Procedure, or request waiver of service from Defendants.

        IT IS FURTHER ORDERED that the parties shall meet and confer and file a joint letter proposing a briefing schedule for any opposition and reply to the Motion by **July 17, 2023**. The letter shall also include the proposed time frame for the requested injunctive relief.

        IT IS FURTHER ORDERED that Plaintiffs shall serve this Order on Defendants through electronic service as soon as possible, and no later than **July 13, 2023**.

This Order has no impact on the Court's prior order that the parties file a joint letter with the information required by ECF No. 5 by July 21, 2023.

Dated: July 12, 2023
      New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge