UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA LEE, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> DAVID C. BANKS and NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br> Defendants. | 1:23-cv-05800 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As stated at the July 19, 2023 conference, Defendants shall respond to Plaintiffs' motion for emergency relief and file any motion to dismiss by **August 9, 2023**; Plaintiffs shall file any reply to their motion for emergency relief and oppose any motion to dismiss by **August 16, 2023**; and Defendants shall file any reply to their motion to dismiss by **August 23, 2023**. Oral argument is tentatively scheduled for **September 7, 2023 at 10 a.m.** in Courtroom 20B.

The deadline to submit a joint letter pursuant to ECF No. 5 is adjourned.

The deadline for Defendants to respond to the Complaint is extended until **August 9, 2023**.

The Clerk of Court is respectfully directed to terminate ECF No. 15.

Dated: July 19, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge