UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA LEE, et al.,

                Plaintiffs,

        -against-

DAVID C. BANKS, et al.,

                Defendants.

No. 1:23-cv-05800 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

      The **November 16, 2023** status conference is continued.  Counsel for the parties shall appear for a remote video conference on **November 22, 2023 at 10 a.m.**  Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket.  The public listen-only line may be accessed by dialing Toll-Free Number:  877-336-1831 | Access Code:  5583342.

      The Parties are ordered to provide a joint status update as to each Plaintiff's pendency status by **November 13, 2023**.

Dated:  November 9, 2023
       New York, New York

                        SO ORDERED.

                        JENNIFER L. ROCHON
                        United States District Judge