

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **DAVID S. THAYER**<br>*Assistant Corporation Counsel*<br>t: (212) 356-2649<br>f: (212) 356-1148<br>e: dthayer@law.nyc.gov |

September 18, 2024

*Via ECF*

The Honorable Jennifer L. Rochon
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: **Khanimova, *et al.* v. Banks, *et al.*, No. 23 CV 5800 (JLR)**

Dear Judge Rochon:

        I am an Assistant Corporation Counsel in the office of the Acting Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for the Defendants in the above-referenced action. With Plaintiffs' consent, I write to respectfully request a 1-week extension of Defendants' deadline to file their cross motion for summary judgment in this action under the Individuals with Disabilities Education Act ("IDEA"), as well as their papers opposing Plaintiffs' motion for summary judgment.

        This extension is requested because this week I was unexpectedly assigned to handle an emergency matter returnable in a proceeding in the Criminal Term of the New York County Supreme Court that has required an urgent response from various City entities, has had a pre-scheduled evidentiary hearing, and could not be adjourned. This unanticipated matter has prevented me from completing the Defendants' cross-moving papers.

In light of this intervening development, I respectfully request a 1-week extension of Defendants' deadline to file their cross-moving and opposing papers, to September 27, 2024. The requested extension would adjust the parties' briefing schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' cross-moving and opposition papers due | September 20, 2024 | September 27, 2024 |
| Plaintiffs' opposition and reply papers due | October 11, 2024 | October 18, 2024 |
| Defendants' reply papers due | October 25, 2024 | November 1, 2024 |

This is Defendants' second request for an extension of their time to file their cross-moving and opposing papers, the first request having been granted on August 14, 2024. (ECF No. 86.) As noted, Plaintiffs' counsel has graciously consented to this request, for which I express my gratitude.

I thank the Court for its consideration of this application.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: *Via ECF*
All counsel of record

The request is GRANTED.  The parties' briefs shall be due on the dates set forth above.

Dated: September 19, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
**United States District Judge**